**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:25-cv-14100-LEIBOWITZ/MAYNARD**

**MICHAEL GIBBS,**

*Plaintiff*,

*v.*

**DAVID VILLALOBOS, *et al.*,**

*Defendants.*
______________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Shaniek Mills Maynard [ECF No. 60] (the "R&R"), filed on June 12, 2026. Judge Maynard recommends granting in part and denying in part the Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Patricia Deloera and Highlands County Sheriff Paul Blackman (the "Motion") [ECF No. 54]. [ECF No. 60 at 1].

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *See id.* at 784.

No objections were filed during the 14-day objection period. After reviewing the R&R for clear error, the Court finds none. The Court approves Judge Maynard's careful consideration of the Motion and adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 60**] is **APPROVED** and **ADOPTED** and made a part of this Order for all purposes.

2. Counts V and X of the Second Amended Complaint [ECF No. 47] are **DISMISSED** ***with prejudice***.

3. Defendants Sheriff Paul Blackman and Patricia Deloera must answer the remaining portions of the Second Amended Complaint **within fourteen (14) days** of the date of this Order.

**DONE AND ORDERED** in the Southern District of Florida on August 21, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record